JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VDPP, LLC, | Case No. 2:24-cv-05237-JWH-ADSx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUNBRITETV, LLC, | |
| Defendant. | |

Pursuant to the Scheduling Notice and Order [ECF No. 23] entered on or about November 26, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 30, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE